# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-01321-DDD-NYW

BALL CORPORATION, an Indiana Corporation, and
BALL METAL BEVERAGE CONTAINER CORP., a Colorado Corporation,

      Plaintiffs,

v.

LIAM CAIRNS, an individual,

      Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), jointly stipulate to dismissal of all claims with prejudice and state as follows:

1. The parties have settled their dispute and entered into a confidential settlement agreement, and they jointly wish to dismiss this case with prejudice, with each party to pay his or its own costs and attorneys' fees.

2. As required by Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation for dismissal is signed by all parties who have appeared in the action or by their attorneys.

WHEREFORE, the parties ask this Court to dismiss this case with prejudice, with each party to pay her or its own costs and attorneys' fees.

Respectfully submitted this 12th day of November, 2021.

    *s/ Thomas W. Carroll*
    Darren E. Nadel
    Thomas W. Carroll
    Derek S. Hecht
    Carolyn B. Theis
    LITTLER MENDELSON P.C.

1900 Sixteenth Street, Suite 800
Denver, CO  80202
Telephone: 303.629.6200
Facsimile: 303.629.0200
dnadel@littler.com
tcarroll@littler.com
dhecht@littler.com
ctheis@littler.com

*Attorneys for Plaintiffs*

s/ *Philip J. Shecter*
Michael J. Sheehan
McDermott Will & Emery LLP
444 West Lake Street, Suite 4000
Chicago, IL  60606
Phone: 312-984-2040
Fax: 312-984-7700
Email: msheehan@mwe.com
pshecter@mwe.com

Philip J. Shecter
McDermott Will & Emery LLP
514 Mission Street, Suite 5600
San Francisco, CA  94105
Phone: 628-218-3803
Fax: 628-877-0107
Email: pshecter@mwe.com

Martine T. Wells
Craig M. Finger
Brownstein Hyatt Farber Schrek, LLP
410 17th Street, Suite 2200
Denver, CO  80202
Phone: 303-223-1100
Fax: 303-223-1111
Email: mwells@bhfs.com
         cfinger@bhfs.com

*Attorneys for Defendant*

CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of November, 2021, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed and served via CM/ECF, which will send notice via email to the following:

Michael J. Sheehan
Philip Shecter
McDermott Will & Emery LLP
msheehan@mwe.com
pshecter@mwe.com

Martine T. Wells
Craig M. Finger
Brownstein Hyatt Farber Schrek, LLP
mwells@bhfs.com
cfinger@bhfs.com

*s/ Joanna Fox*
Joanna Fox, Legal Secretary

4820-2345-0362.1 / 052597-1075